SIGMUND S. WISSNER GROSS (SW-0001)
MAY ORENSTEIN (MO-2948)
PETER ADELMAN (PA-1562)
DAVID E. MILLER (DM-7179)
BROWN RUDNICK BERLACK ISRAELS LLP
SEVEN TIMES SQUARE
NEW YORK, NEW YORK 10036
(212)-209-4800
ATTORNEYS FOR PLAINTIFF


RECEIVED MAR 2 8 2006 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ES-KO INTERNATIONAL, INC.,

                Plaintiff,

    -against-

COMPASS GROUP PLC, ESS SUPPORT
SERVICES WORLDWIDE, EUREST SUPPORT
SERVICES (CYPRUS) INTERNATIONAL
LIMITED, PETER HARRIS, ANDREW SEIWERT,
STEVE KEMP, LEN SWAIN, STEVE
BICKERSTAFF, DOUG KERR, IHC SERVICES
INC., EZIO TESTA, ALEXANDER YAKOVLEV,
DMITRY YAKOVLEV, VLADIMIR KUZNETSOV,
and JOHN DOES 1 TO 100.

                Defendants.
-----------------------------------------------------------X

06 CV 2422
Case No. CV-06-____

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ES-KO International, Inc. certifies that it is not the wholly-owned subsidiary of any parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: March 28, 2006
      New York, New York

                                **BROWN RUDNICK BERLACK ISRAELS LLP**

By: _____
                                  Sigmund S. Wissner-Gross (SW-0001)
                                  May Orenstein (MO-2948)
                                  Peter Adelman (PA-1562)
                                  David E. Miller (DM-7179)
7 Times Square
New York, New York  10036
(212) 209-4800
Attorneys for Plaintiff