Brian E. Maas, Esq. (BM-4501)
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue
New York, New York 10022
Tel.: 212-980-0120
Fax: 212-593-9175
*Attorneys for Defendant Peter Harris*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPREME FOODSERVICE AG,<br>              Plaintiff,<br>-v-<br>COMPASS GROUP PLC, ESS (AKA EUREST SUPPORT SERVICES), IHC SERVICES, INC., PETER HARRIS, ANDREW SEIWERT, ALEXANDER YAKOVLEV, MOXYCO, LTD., DOUG KERR, STEVE KEMP, LEN SWAIN, VLADIMIR KUZNETSOV, NIKAL, LTD. AND EZIO TESTA,<br>              Defendants. | Case No. 06 CV 1759 (PKC)<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS SUPREME FOODSERVICE AG'S AND ES-KO INTERNATIONAL, INC.'S CLAIMS AGAINST DEFENDANT PETER HARRIS** |
| ES-KO INTERNATIONAL, INC.,<br>              Plaintiff,<br>-v-<br>COMPASS GROUP PLC, ESS SUPPORT SERVICES WORLDWIDE, EUREST SUPPORT SERVICES (CYPRUS) INTERNATIONAL LIMITED, PETER HARRIS, ANDREW SEIWERT, STEVE KEMP, LEN SWAIN, STEVE BICKERSTAFF, DOUG KERR, IHC SERVICES, INC., EZIO TESTA, ALEXANDER YAKOVLEV, DMITRY YAKOVLEV, VLADIMIR KUZNETSOV, and JOHN DOES 1 TO 100,<br>              Defendants. | Case No. 06 CV 2422 (PKC) |

PLEASE TAKE NOTICE that upon the annexed declaration of Brian E. Maas dated July 17, 2001, the attached documents and exhibits, and the accompanying Memorandum of Law, Defendant Peter Harris will move this Court, at the United States Courthouse, located at 500 Pearl Street, New York, New York, at a date and time to be determined, for a judgment dismissing Counts 1-7 of the Complaint by Supreme Foodservice AG and Counts I-VIII of the Complaint by ES-KO International, Inc. and for such other and further relief as may be just, proper and equitable.

Dated: New York, New York
July 17, 2006

            FRANKFURT KURNIT KLEIN & SELZ, P.C.

            By: _____
              Brian E. Maas (BM-4501)

            488 Madison Avenue
            New York, New York 10022
            Tel.: 212-980-0120
            Fax: 212-593-9175
            *Attorneys for Defendant Peter Harris*

TO:  Sigmund S. Wissner-Gross, Esq.
    Brown Rudnick Berlack Israels LLP
    7 Times Square
    New York, New York 10036
    *Attorneys for Plaintiff ES-KO International, Inc.*

    Robert L. Begleiter, Esq.
    Constantine Cannon, P.C.
    450 Lexington Avenue
    New York, New York 10017
    *Attorneys for Plaintiff Supreme Foodservice AG*

    Russell L. Penzer, Esq.
    Lazer, Aptheker, Rosella & Yedid, P.C.
    225 Old Country Road
    Melville, New York 11747
    *Attorneys for Defendants IHC Services Inc. and Ezio Testa*

    Nicholas M. Wooldridge, Esq.
    Law Offices of Bukh & Associates
    1123 Avenue Z
    Brooklyn, New York 11235
    *Attorneys for Defendants Dmitry Yakovlev and Moxyco, Ltd.*

    Richard A. Rosen, Esq.
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
    New York, New York 10019
    *Attorneys for Defendants Compass Group PLC, ESS Support*
    *Services Worldwide, Eurest Support Services (Cyprus)*
    *International Limited, Steve Kemp, Steve Bickerstaff*
    *and Len Swain*