UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUPREME FOODSERVICE AG,

                Plaintiff,

-v-

COMPASS GROUP PLC, ESS (AKA EUREST SUPPORT SERVICES), IHC SERVICES, INC., PETER HARRIS, ANDREW SEIWERT, ALEXANDER YAKOVLEV, MOXYCO, LTD., DOUG KERR, STEVE KEMP, LEN SWAIN, VLADIMIR KUZNETSOV, NIKAL, LTD., EZIO TESTA, DMITRY YAKOVLEV AND OLGA YAKOVLEV.

                Defendants.

Case No. 06 CV 1759 (PKC)

---

ES-KO INTERNATIONAL, INC.,

                Plaintiff,

-v-

COMPASS GROUP PLC, ESS SUPPORT SERVICES WORLDWIDE, EUREST SUPPORT SERVICES (CYPRUS) INTERNATIONAL LIMITED, PETER HARRIS, ANDREW SEIWERT, STEVE KEMP, LEN SWAIN, STEVE BICKERSTAFF, DOUG KERR, IHC SERVICES, INC., EZIO TESTA, ALEXANDER YAKOVLEV, DMITRY YAKOVLEV, VLADIMIR KUZNETSOV, AND JOHN DOES 1 TO 100.

                Defendants.

Case No. 06 CV 2422 (PKC)

**NOTICE OF MOTION TO DISMISS ES-KO'S AND SUPREME'S RICO AND ANTITRUST CLAIMS**

Oral Argument Requested

---

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and all papers and proceedings had herein, The Compass Group PLC ("Compass"), ESS Support Services Worldwide, Eurest Support Services (Cyprus) International Limited ("ESS"), Steve Kemp, Len

Swain and Steve Bickerstaff[1] (collectively, the "Compass Defendants") will move this Court before the Honorable P. Kevin Castel, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be designated by the Court, for an Order dismissing ES-KO International, Inc.'s and Supreme Foodservice AG's RICO and antitrust claims with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: New York, New York
July 17, 2006

                            Respectfully submitted,

                            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                            By: _____
                                Richard A. Rosen (RR-5132)
                            1285 Avenue of the Americas
                            New York, New York 10019-6064
                            (212) 373-3000

                            *Attorneys for the Compass Defendants*
                            *Compass Group PLC, ESS Support Services Worldwide, Eurest Support Services (Cyprus) International Limited, Steve Kemp, Len Swain* and *Steve Bickerstaff*

---

[1] Steve Bickerstaff contests the Court's personal jurisdiction over him, but joins in the Compass Defendants' Motion to Dismiss ES-KO's and Supreme's RICO and Antitrust Claims without waiving his defense of lack of personal jurisdiction.

To:

Sigmund S. Wissner-Gross (ECF)
Brown Rudnick Berlack Israels LLP
7 Times Square
New York, New York 10036

Attorneys for Plaintiff
*ES-KO International, Inc.*


Robert L. Begleiter (ECF)
Constantine Cannon, P.C.
450 Lexington Avenue
New York, New York 10017

Attorneys for Plaintiff
*Supreme Foodservice AG*


Brian E. Maas
Frankfurt Kurnit Klein & Selz, PC
488 Madison Avenue
New York, New York 10022

Attorneys for Defendant
*Peter Harris*


Russell L. Penzer
Lazer, Aptheker, Rosella & Yedid, P.C.
225 Old Country Road
Melville, New York 11747

Attorneys for Defendants
*IHC Services, Inc.* and *Ezio Testa*


Arkady Bukh (ECF)
Law Offices of Bukh & Associates
1123 Avenue Z
Brooklyn, New York 11235

Attorneys for Defendants
*Alexander Yakovlev* and *Moxyco, Ltd.*

3