UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUPREME FOODSERVICE AG,

                Plaintiff,

-v-

COMPASS GROUP PLC, ESS (A/K/A EUREST SUPPORT SERVICES), IHC SERVICES, INC., PETER HARRIS, ANDREW SEIWERT, ALEXANDER YAKOVLEV, MOXYCO, LTD., DOUG KERR, STEVE KEMP, LEN SWAIN, VLADIMIR KUZNETSOV, NIKAL, LTD., EZIO TESTA, DMITRY YAKOVLEV AND OLGA YAKOVLEV,

                Defendants.

ES-KO INTERNATIONAL, INC.,

                Plaintiff,

-v-

COMPASS GROUP PLC, ESS SUPPORT SERVICES WORLDWIDE, EUREST SUPPORT SERVICES (CYPRUS) INTERNATIONAL LIMITED, PETER HARRIS, ANDREW SEIWERT, STEVE KEMP, LEN SWAIN, STEVE BICKERSTAFF, DOUG KERR, IHC SERVICES, INC., EZIO TESTA, ALEXANDER YAKOVLEV, DMITRY YAKOVLEV, VLADIMIR KUZNETSOV, and JOHN DOES 1 TO 100.

                Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/06

Case No. 06 Civ. 1759 (PKC)

*Partial*
NOTICE OF DISMISSAL
WITH PREJUDICE as to Compass Group, ESS Support Services Worldwide, Eurest Support Services Intl, Steve Kemp, Len Swain, Andrew Seiwert, Doug Kerr and Peter Harris

Case No. 06 Civ. 2422 (PKC)

    PLEASE TAKE NOTICE THAT, whereas no answer or motion for summary judgment has been served, Plaintiff Supreme Foodservice, AG, through its undersigned counsel, hereby dismisses with prejudice its claims against Defendants Compass Group,

83135.1

PLC, ESS Support Services Worldwide, Eurest Support Services (Cyprus) International Limited, Steve Kemp, Len Swain, Andrew Seiwert, Doug Kerr and Peter Harris pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       November 1, 2006

                          CONSTANTINE CANNON, P.C.

                          By: _____/s/_____
                              Robert L. Begleiter (RB-7052)
                              Gary J. Malone (GM-3119)
                              Yang Chen (YC-3782)
                              Michael C. Rakower (MR-2914)

                        450 Lexington Avenue
                        New York, New York 10017

                        Attorneys for Plaintiff
                        *Supreme Foodservice AG*

SO ORDERED

[signature]

USDJ

11-2-06